```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                          CRIMINAL ACTION NO. 2:01-00019-03

**H. O. CAMPSEY**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On May 11, 2011, the United States of America appeared by, Meredith R. George, Assistant United States Attorney, and the defendant, H. O. Campsey, appeared in person and by his counsel, Christian M. Capece, Assistant Federal Public Defender, for a hearing on the petition on supervised release and amendment thereto submitted by United States Probation Officer Winifred R. Staats, the defendant having commenced a fifty-four month term of supervised release in this action on September 29, 2010.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of

supervised release in the following respects: (1) that the defendant failed to comply with the special condition that he spend six months in a community confinement center inasmuch as he entered the program at Dismas Charities, Inc. on January 11, 2011, and was terminated on March 8, 2011, after he refused to submit to a search and after he was found to be in possession of tobacco products in violation of the rules and regulations of the facility; (2) that the defendant traveled outside of the Southern District of West Virginia without permission inasmuch as he admitted to the probation officer that he traveled to Weston, West Virginia, on November 8, 2010, without permission; (3) that the defendant used marijuana as evidenced by a positive urine specimen submitted by him on January 10, 2011; and (4) that the defendant failed to appear for drug screening as directed on November 15, 2010; all as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not

revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, on the basis of the original offense, the intervening conduct of the defendant and after considering the factors set forth in 18 U.S.C. § 3553(a), that the defendant is in need of correctional treatment which can most effectively be provided if he is confined, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWELVE MONTHS AND ONE DAY, to be followed by a term of forty-two (42) months less one day of supervised release upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit another federal, state or local crime and the special condition that the defendant spend six months at Transitions, Inc., participate in a drug abuse treatment and counseling program and follow the rules and regulations of the facility.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: May 24, 2011

_____
John T. Copenhaver, Jr.
United States District Judge